# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CGI TECHNOLOGIES AND SOLUTIONS INC., <br><br> Plaintiff, <br><br> v. <br><br> BRUCE ACACIO; CAROL CONWAY; INFINITE CORPORATION S.A.; INFINITE CORPORATION, <br><br> Defendants. | Case No. 8:17-cv-01943 JVS (KESx) <br><br> Honorable Judge James V. Selna <br><br> **FINAL JUDGMENT IN A CIVIL ACTION** |

## FINAL JUDGMENT IN A CIVIL ACTION

The Honorable Judge James V. Selna decided this action on a motion for default judgment and subsequent submissions filed by Plaintiff CGI Technologies and Solutions Inc. ("CGI") against Defendants Bruce Acacio ("Acacio"), Carol Conway ("Conway"), Infinite Corporation S.A. ("Infinite S.A."), and Infinite Corporation ("Infinite") (together, "Defendants").

Final Judgment is hereby entered in favor of CGI and against Defendants for violation of California's Uniform Voidable Transactions Act ("UVTA"), Cal. Civ. Code §§ 3439 et seq., based on Defendants' fraudulent transfers which were concealed and made with actual intent to hinder, delay, and/or defraud CGI by placing Infinite's assets beyond the reach of CGI without receiving a

reasonably equivalent value in exchange. Defendants' fraudulent transfers completely depleted Infinite's assets at a time when CGI had demanded payment and commenced arbitration against Infinite, which amounts to actual fraud. The Final Judgment is entered as follows:

1. Defendants are jointly and severally liable to pay damages to CGI in the amount of Three Million Two Hundred Ninety-Three Thousand Sixty-Four and 95/100 dollars ($3,293,064.95), which includes post-judgment interest at the rate of 10% per annum until paid, along with costs;
2. An injunction against further disposition by the Defendants or their transferees of the assets transferred; and
3. CGI is entitled to pursue and/or enforce:
   a. Avoidance of any and all transfers from Infinite to Acacio, Conway, and/or Infinite S.A., to the extent necessary to satisfy CGI's claims;
   b. Attachment against any assets of Defendants; and
   c. The injunction against further disposition by all Defendants or their transferees of the assets transferred.

CGI's Second Cause of Action against Defendants for Common Law Fraudulent Conveyances is hereby dismissed without prejudice.

There are no remaining claims or parties in this action.

Dated: April 11, 2019    By: *[signature]*
Hon. James V. Selna
Judge of the United States District Court,
Central District of California